

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00765-CV

**IN THE INTEREST OF R.M.H., JR.**, I.Q.M.H., and A.S.M.H., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00330
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the July 31, 2023 Order of Termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED November 22, 2023.

_____
Beth Watkins, Justice